UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1-19-CV-21879-KMW

**DAVID CUMMINGS**
    **Plaintiff**

**Vs.**

**IDEAL COLLECTION SERVICES, INC. et.al.**
    **Defendants**
_____/

**ANSWER TO AMENDED COMPLAINT**

    **COMES NOW** Ideal Collection Services, Inc., by and through its undersigned attorney and files this its Answer to the plaintiff's Amended Complaint and states as follows:

1. As to paragraph 1-**Admitted.**

2. As to paragraph **2-Admitted**

3. As to paragraph **3-Admitted**

4. As to paragraph 4-Without knowledge and therefore-**Denied**

5. **As to paragraph 5-Admitted**

6. **As to paragraph 6-Admitted**

7. **As to paragraph 7-Admitted**

8. As to paragraph 8-**Admitted**

9. As to paragraph 9-**Admitted**

10. As to paragraph 10-Without knowledge and therefore-**Denied**

11. As to paragraph 11-Without knowledge and therefore-**Denied**

12. As to paragraph 12-Without knowledge and therefore-**Denied**

13. As to paragraph 13-Without knowledge and therefore-**Denied**

14. As to paragraph 14-Without knowledge and therefore-**Denied**

15. As to paragraph 15-Without knowledge and therefore-**Denied**

16. As to paragraph 16-**Admitted** or **Denied** as set forth above.

17. As to paragraph 17 **Admitted t**hat ICS attempted to collect a debt from Plaintiff.

18. As to paragraph 18-Without knowledge and therefore-**Denied**

19. As to paragraph 19-Without knowledge and therefore-**Denied**

20. As to paragraph 20-Without knowledge and therefore-**Denied**

21. As to paragraph 21-Without knowledge and therefore-**Denied**

22. As to paragraph 22-Without knowledge and therefore-**Denied**

23. As to paragraph 23-Without knowledge and therefore-**Denied**

24. As to paragraph 24-Without knowledge and therefore-**Denied**

25. As to paragraph 25-Without knowledge and therefore-**Denied**

26. As to paragraph 26-Without knowledge and therefore-**Denied**

27. As to paragraph 27-Without knowledge and therefore-**Denied**

28. As to paragraph 28-**Denied.**

29. As to paragraph 29-**Denied.**

30. As to paragraph 30-**Denied.**

31. As to paragraph 31-Without knowledge and therefore-**Denied**

32. As to paragraph 32-Without knowledge and therefore-**Denied**

33. As to paragraph 33-Without knowledge and therefore-**Denied**

34. As to paragraph 34 **Admitted** or **Denied** as set forth above.

35. As to paragraph 35-Without knowledge and therefore-**Denied**

36.  As to paragraph 38 **Admitted** or **Denied** as set forth above.

37. As to paragraph 37-Without knowledge and therefore-**Denied**

38. As to paragraph 38-Without knowledge and therefore-**Denied**

39. As to paragraph 39 **Admitted** or **Denied** as set forth above.

40. As to paragraph 38-Without knowledge and therefore-**Denied**

41. As to paragraph 38-Without knowledge and therefore-**Denied**

42. As to paragraph 42-**Admitted.**

## AFFIRMATIVE DEFENSES

In the event a violation of the provisions of the FDCPA and/or FCCPA is deemed to have occurred said violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of the Court, Southern District of Florida, using the electronic CM/ECF filing system who has made a distribution of same to all attorneys and/or parties of record this 12th day of June , 2019,

/S/*Frederick W. Vollrath*
Frederick W. Vollrath
Attorney at Law
Post Office Box 18942
Tampa, Florida, 33679
813-335-4379
fredvollrath@aol.com
FBN: 165-812
Attorney for Ideal Collection Services, Inc.